IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH D. WASSIL               :

        v.              :  CIVIL ACTION NO.  L-01-338

JUDGE JAMES F. SCHNEIDER    :
JUDGE ELLEN M. HELLER
TRUSTEE B. GEORGE BALLMAN    :
TRUSTEE JOEL P. GOLDBERGER
COMMISSIONER GLORIA ALLENDER    :
COMMISSIONER JIMMIE L. FOXWORTH
CLERK FRANK M. CONAWAY    :
REALTOR JAMES PIPER
REALTOR P. WESLEY FOSTER, JR.    :
REALTOR WESLEY P. HAIRSTON
PIPER'S AGENT BOB THOMAS    :
ATTORNEY NICHOLAS J. DELPIZZO, III

FILED ____ ENTERED
____ RECEIVED

FEB 1 2 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MEMORANDUM

On February 6, 2001 Joseph D. Wassil, a Baltimore resident, paid the full $150.00 filing fee and instituted a "Complaint for a Writ in the Nature of Mandamus," captioned above. Mr. Wassil complains about alleged improprieties and misconduct on the parts of a federal bankruptcy judge; a Baltimore City Circuit Court judge; various commissioners and bankruptcy trustees; an attorney; and realtors, all of whom have played a role in his bankruptcy action now pending in this District.[1]  In essence, Mr. Wassil seeks an Order from this Court compelling certain defendants to return certain real estate and personal property to him.  He further seeks to compel the State court to recognize various pleadings he seeks to file there; seeks nullification of certain actions taken by the bankruptcy judge assigned to his case; and seeks to have criminal charges brought against various defendants he claims have wrongfully taken his property.

-----

[1]    *See In re: Joseph D. Wassil,* Bankruptcy Petition No. 97-62607, U.S. Bankruptcy Court, District of Maryland (Baltimore).

All of the relief sought by Mr. Wassil originates from perceived improprieties arising out of his pending bankruptcy case.  While he may choose to appeal the bankruptcy court's actions after the conclusion of his bankruptcy action, he may not compel this Court to intervene in the bankruptcy action at this time.

Accordingly, a separate Order shall be entered dismissing the instant complaint, without requiring service of process upon and an answer from the named defendants.

_February 9, 2001_
(Date)

_Benson Legg_
Benson Everett Legg
United States District Judge

-2-