IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOSEPH D. WASSIL                                :

         v.                                    :   CIVIL ACTION NO. L-01-338

JUDGE JAMES F. SCHNEIDER            :
JUDGE ELLEN M. HELLER
TRUSTEE B. GEORGE BALLMAN          :
TRUSTEE JOEL P. GOLDBERGER
COMMISSIONER GLORIA ALLENDER      :
COMMISSIONER JIMMIE L. FOXWORTH
CLERK FRANK M. CONAWAY              :
REALTOR JAMES PIPER
REALTOR P. WESLEY FOSTER, JR.      :
REALTOR WESLEY P. HAIRSTON
PIPER'S AGENT BOB THOMAS            :
ATTORNEY NICHOLAS J. DELPIZZO, III

## ORDER

In accordance with the foregoing Memorandum, this 9TH day of February, 2001, by this Court, hereby **ORDERED**:

1. That plaintiff's complaint **IS DISMISSED** without requiring service of process on defendants;

2. That the Clerk of Court **CLOSE** this case; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

                                                            _____
                                                            Benson Everett Legg
                                                           United States District Judge