UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 MAR -5  P 2: 26

CLERK'S OFFICE
BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| JOSEPH D. WASSIL, *Pro se* <br> Plaintiff-Relator <br><br> vs. <br><br> JAMES F. SCHNEIDER, Judge <br> *Individually and in his official capacity* <br> ELLEN M. HELLER, Judge <br> *Individually and in her official capacity* <br> B. GEORGE BALLMAN, Trustee <br> JOEL P. GOLDBERGER, Trustee <br> GLORIA ALLENDER, Commissioner <br> JIMMIE L. FOXWORTH, Commissioner <br> FRANK M. CONAWAY, Clerk <br> JAMES PIPER, Realtor <br> P. WESLEY FOSTER, JR, Realtor <br> WESLEY R. HAIRSTON, Realtor <br> BOB THOMAS, Defendant Piper's Agent <br> NICHOLAS J. DelPIZZO III, Attorney <br><br> Defendant-Respondents | Case No. L-01-338 <br><br> **MOTION TO VACATE PREVIOUS ORDER AND MOTION TO REMOVE ONE DEFENDANT-RESPONDENT** |

*Now comes* Joseph D. Wassil, Plaintiff-Relator, and respectfully prays to vacate the *Order* of the Court dated Feb. 12, 2001, dismissing his *Complaint in the Nature of a Writ of Mandamus,* and argues that said *Order* was based on the erroneous assumption that said *Complaint* concerns a pending bankruptcy, No. 00-63635, rather than his separate bankruptcy discharged on Nov. 6, 1998, and which was closed on Oct. 18, 1999, No. 97-62607.

Plaintiff-Respondent also respectfully prays the Court to allow the removal of Defendant-Respondent Ellen M. Heller, Judge, from said action without prejudice.

Respectfully submitted: March 5th, 2001

_____
Joseph D. Wassil
Plaintiff-Relator
410 S. Bethel St.
Baltimore, Md. 21231
(410) 523-1155

MOTION "Denied" this 8th day of March 2001.

_____
BENSON EVERETT LEGG, U.S.D.J.

3/8/01